# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Tracilee Churlik, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 23-cv-637 (WMW/LIB) |
| Gate City Bank, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant Gate City Bank's motion to dismiss, (Dkt. 25), is **GRANTED.**

Date: 2/7/2024                                                                KATE M. FOGARTY, CLERK